United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Julian Fernau and others, Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-20866-Civ-Scola |
| Enchante Beauty Products, Inc. and others, Defendants. | ) |
| | ) |
| | ) |

## Judgment

The Court has dismissed this case. (Order, ECF No. 170.) The Court now enters judgment in favor of the Defendants Enchante Beauty Products, Inc., Raul Lamus, and Maria Fernanda Rey and against the Plaintiffs Julian Fernau, Fernandeo Mateu, and Maria Dolores De Lucas, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on August 7, 2020.

_____
Robert N. Scola, Jr.
United States District Judge