UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| JULIAN FERNAU, FERNANDO MATEU, AND MARIA DOLORES DE LUCAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENCHANTE BEAUTY PRODUCTS, INC., RAUL LAMUS, AND MARIA FERNANDA REY,<br><br>    Defendants. | CASE NO. 1:18-cv-20866-RNS |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Julian Fernau, Fernando Mateu, and Maria Dolores de Lucas appeal the final order of dismissal entered in the above-captioned matter.  In accordance with Federal Rule of Appellate Procedure 3, Plaintiffs appeal, as of right, the order adopting report and recommendations entered on October 17, 2019 [Doc. 132], the order of dismissal, with prejudice, entered on May 21, 2020 [Doc. 161], the related order on Plaintiffs' motion for reconsideration entered on July 28, 2020 [Doc. 165], and the final judgment entered on August 7, 2020 [Doc. 171].  This appeal is made to the United States Court of Appeals for the Eleventh Circuit.

This 13th day of August, 2020.

                                                     /s/ Michael Stegawski
                                                     Michael Stegawski
                                                     Fla Bar No. 51589

Convergent Litigation Associates
1395 Brickell Ave, Suite 800
Miami, FL 33131
Tel: (800) 750-9860 ext.1
Fax: (800) 531-3243
michael@cla-law.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| JULIAN FERNAU, FERNANDO MATEU, AND MARIA DOLORES DE LUCAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>ENCHANTE BEAUTY PRODUCTS, INC., RAUL LAMUS, AND MARIA FERNANDA REY,<br><br>    Defendants. | CASE NO. 1:18-cv-20866-RNS |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2020, I electronically filed the within and foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Michael Stegawski
Michael Stegawski, Esq.

## SERVICE LIST

*Fernau, et. al, v. Enchante Beauty Products, Inc., et. al.*
Case No. 1:18-cv-20866-RNS
United States District Court, Southern District of Florida

Brodsky Fotiu-Wojtowicz, PLLC
Alaina Fotiu-Wojtowicz
200 SE 1st Street
Suite 400
Miami, FL 33131
Tel: (305) 503-5054
Fax: (786) 749-7644
Email: alaina@bfwlegal.com
　　　　docketing@bfwlegal.com

*Attorney for Raul Lamus*

(via CM/ECF)

Stephanie Anne Casey
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
Tel: (305) 476-7400
Fax: (305) 476-7444
Email: scasey@colson.com

*Attorney for Enchante Beauty Products, Inc.*

(via CM/ECF)

Convergent Litigation Associates
Michael Stegawski
1395 Brickell Avenue
Suite 800
Miami, FL 33131
Tel: (800) 750-9860 ext.1
Fax: (800) 531-3243
Email: michael@cla-law.com

*Attorney for Plaintiffs*

(via CM/ECF)