United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Julian Fernau, and others,<br>Plaintiffs,<br><br>v.<br><br>Enchante Beauty Products, Inc.<br>and others, Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 18-20866-Civ-Scola |

### **Order Adopting the Magistrate's Report and Recommendations**

This matter was referred to United States Magistrate Judge Chris M. McAliley for a report and recommendation on the Defendants' motions for supplemental attorneys' fees (ECF No. 200) and for appellate attorneys' fees (ECF No. 210). On May 12, 2021, Judge McAliley issued a report, recommending that the Court grant the motion for supplemental attorneys' fees in the amount of $11,650.00 and grant in part the motion for appellate attorneys' fees in the amount of $41,612.50. (Report & Recommendations, ECF No. 213.) No objections to the report have been filed and the time to object has passed. Having considered Judge McAliley's report, the record, and the relevant legal authorities, the Court finds Judge McAliley's report and recommendation cogent and compelling.

Judge McAliley's report and recommendation is **affirmed and adopted** (**ECF No. 213**). The Court **grants** the Defendants' motion for supplemental attorneys' fees in the amount of $11,650.00 (**ECF No. 200**) and **grants in part** the Defendants' motion for appellate attorneys' fees in the amount of $41,612.50 (**ECF No. 210**). In her report, Judge McAliley recommended the appellate attorneys' fee award be in favor of Defendant Lamus only as the Defendants advise that Lamus alone was responsible for all fees incurred by the Defendants on appeal. The Court agrees with this recommendation. Moreover, consistent with the Court's prior order, the Court finds the supplemental and appellate fees at issue in this order are payable jointly and severally by the Plaintiffs. (*See* ECF No. 214.)

**Done and ordered** at Miami, Florida, on May 27, 2021.

Robert N. Scola, Jr.
United States District Judge