UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-CV-20866-RNS

JULIAN FERNAU, FERNANDO
MATEU, AND MARIA DOLORES
DE LUCAS,

Plaintiffs,

v.

ENCHANTE BEAUTY PRODUCTS,
INC., RAUL LAMUS, AND MARIA
FERNANDA REY,

Defendants.
_____/

## SATISFACTION OF JUDGMENT

Defendants, Enchante Beauty Products, Inc. ("Enchante"), Raul Lamus, and Maria Fernanda Rey hereby file this Satisfaction of Judgment and state that the judgments entered by the United States District Court for the Southern District of Florida on June 7, 2021 (ECF No. 217) and the judgment entered by the United States Court of Appeals for the Eleventh Circuit on April 1, 2021 in case number 20-12922 (See ECF No. 199) are paid in full and satisfied.  The Clerk of Court is hereby authorized and requested to enter a full satisfaction of judgment of record.



Respectfully submitted,

By: /s/ *Alaina Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz, Esq.
Florida Bar No.0084179
**BRODSKY FOTIU-WOJTOWICZ, PLLC**
200 SE 1 Street, Suite 400
Miami, Florida 33131
Tel:  305-503-5054
Fax:  786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com
*Counsel for Defendants Raul Lamus and Maria Fernanda Rey*

**--AND--**

By:  /s/ *Stephanie A. Casey*
Stephanie A. Casey, Esq.
Florida Bar No. 97483
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, PH
Coral Gables, Florida 33134
Tel.:  (305) 476-7400
Fax:  (305) 476-7444
scasey@colson.com
*Counsel for Defendant Enchante Beauty Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on <u>October 6, 2021</u>, on all counsel or parties of record on the Service List below.

By: /s/ *Alaina Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz, Esq.

## SERVICE LIST

Michael Stegawski, Esq.
Convergent Litigation Associates
1395 Brickell Avenue, Suite 800
Miami, FL 33131
800.750.9860
800.531.3243
michael@cla-law.com
uscourtsflsd@convergentcapitalgroup.com
*Counsel for Plaintiffs*

Stephanie A. Casey, Esq.
Florida Bar No. 97483
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, PH
Coral Gables, Florida 33134
Tel.: (305) 476-7400
Fax: (305) 476-7444
scasey@colson.com
*Counsel for Defendant Enchante Beauty Products, Inc.*

